UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-01-027 LKK

    Plaintiff,

  v.                           O R D E R

DAVID GUIDRY

    Defendant.
_____/

    The court is in receipt of a motion which appears to be a request for new counsel. Upon review there appears to be no cognizable basis for the motion and it is DENIED.

    IT IS SO ORDERED.

    DATED: June 7, 2013.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

1