IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:01-cr-00027 JAM |
| | ) | |
| Plaintiff, | ) | **O R D E R**  |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| DAVID GUIDRY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Ms. Hart made an appearance in court on September 12, 2017. Ms. Hart is hereby appointed under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A(a), effective August 30, 2017, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 9/18/2017

/s/ John A. Mendez_____
_____
HON. JOHN A. MENDEZ
United States District Court Judge

ORDER APPOINTING COUNSEL        1