1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:01-CR-00027-JAM

12                        Plaintiff,         STIPULATION TO CONTINUE HEARING;
                                             FINDINGS AND ORDER
13             v.
                                             DATE: December 19, 2017
14  DAVID GUIDRY,                            TIME: 9:00 a.m.
                                             COURT: Hon. John A. Mendez
15                        Defendant.

16

17                                **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and David Guidry, by

19  and through his counsel of record, hereby stipulate as follows:

20        1.      Following a hearing at which Mr. Guidry was found to be in violation of the conditions

21  of his conditional release, this matter was set for further hearing on December 19, 2017.

22        2.      By this stipulation, the parties now move to continue the hearing on this matter until

23  February 6, 2018 at 9:15 a.m.

24        3.      The parties request this continuance to allow additional time for Mr. Guidry to be

25  evaluated with regard to whether or not he poses a danger if released.

26        IT IS SO STIPULATED.

27

28

    STIPULATION TO CONTINUE hearing and PROPOSED        1
    ORDER

Dated:  December 15, 2017                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ MICHAEL D. ANDERSON
                                             MICHAEL D. ANDERSON
                                             Assistant United States Attorney


Dated:  December 15, 2017                    /s/ KRISTA HART
                                             KRISTA HART
                                             Counsel for Defendant
                                             DAVID GUIDRY


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of December, 2017.


                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE