



FILED

MAR -6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:01-cr-00027 JAM |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| DAVID GUIDRY, | ) | |
| Defendant. | ) | |

The court relieved Ms. Hart in court on February 20, 2018. The Federal Defender has decided to panel out the case. CJA Panel attorney Gene David Vorobyov is hereby appointed under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A(a), effective March 5, 2018, the date the Office of the Federal Defender first contacted him.

DATED: March 5, 2018

HON. JOHN A. MENDEZ
United States District Court Judge

ORDER APPOINTING COUNSEL        1