Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
DAVID GUIDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:01-CR-00027-JAM-1 |
|---|---|
| Plaintiff, | **ORDER GRANTING APPELLATE COUNSEL ACCESS TO SEALED REPORTER'S TRANSCRIPTS** |
| vs. | |
| DAVID GUIDRY, | |
| Defendant. | |

///

///

///

///

///

The Court finds good cause to grant the appointed counsel's application. Appointed appellate counsel Gene D. Vorobyov shall have access to all sealed reporter's transcripts in this case, including, but not limited to, the sealed portion of the October 24, 2017, hearing before the Court. Court reporters are to provide counsel access to transcripts in SEALED format.

IT IS SO ORDERED.

Dated: March 26, 2018

                                    **/s/ JOHN A. MENDEZ**
                                    JOHN A. MENDEZ
                                    U.S. DISTRICT JUDGE