Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
email: gene.law@gmail.com

Attorney for Defendant / Appellant
DAVID GUIDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:01-00027-JAM-1 |
| Plaintiff, | [9TH Circuit Case Nos. 18-10088 and 19-10337] |
| vs. | [~~proposed~~] Order Granting Attorney Gene D. Vorobyov's Motion to Withdraw as Counsel of Record |
| DAVID LOUIS GUIDRY, | |
| Defendant. | |

///

///

///

///

- 1 -

1     The Court find good cause and GRANTS the motion of Attorney Gene
2
3 D. Vorobyov to withdraw as counsel of record in this case.
4
5     IT IS SO ORDERED.
6
7
8
9 10/1/2019             /s/ John A. Mendez
10
11                     John A. Mendez
                        U.S. District Judge