# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 2:01-cr-00027-JAM** |
| **PLAINTIFF,** | |
| **V.** | **ORDER** |
| **DAVID LOUIS GUIDRY,** | |
| **DEFENDANT.** | |

The motion of attorney Eric Weaver to withdraw as appointed counsel having been considered and good cause appearing:

It is hereby ordered that Attorney Weaver's motion to withdraw as appointed counsel is **GRANTED**.

**IT IS SO ORDERED**.

DATED: March 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -
ORDER