Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
David Guidry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cr-00027-JAM |
| Plaintiff, | |
| v. | **EX PARTE REQUEST FOR PREVIOUS ANNUAL FORENSIC UPDATE; ORDER** |
| DAVID GUIDRY, | |
| Defendant. | |

Mr. Guidry has been subject to a civil commitment off and on since 1997.  The undersigned counsel was appointed to assume representation of Mr. Guidry on March 18, 2026.  The undersigned counsel has received and reviewed the most recent Annual Forensic Report dated March 9, 2026.  To become familiar with this case, counsel requests the Court order counsel be provided with the previous Annual Reports, ie. the reports from 2021, 2022, 2023, 2024 and 2025.

Dated:  March 22, 2026.                              BARTH DALY LLP

By    /s/ Kresta Nora Daly
                                KRESTA NORA DALY
                                Attorneys for DAVID GUIDRY

BARTH DALY LLP
ATTORNEYS AT LAW

## **ORDER**

GOOD CAUSE APPEARING, the Clerk of the Court is hereby **ORDERED** to serve the Annual Forensic Reports from 2021, 2022, 2023, 2024 and 2025 on counsel.

Dated: March 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

EX PARTE REQUEST                                                    [Case No. 2:01-cr-027-JAM]